Order entered October 22, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01495-CR

### JONATHAN BRUCE REED, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F81-01988-K

## ORDER

The Court has before it appellant's third motion to supplement the clerk's record. Previously, appellant requested the Dallas County District Clerk to file a record that included all motions, pleadings, and documents in this death penalty case. The Dallas County District Clerk filed the clerk's record on March 7, 2012 and supplemental clerk's records on August 9, 2012 and October 10, 2012. Appellant asserts the clerk's record is still incomplete, but there is a question of which documents are missing and whether they can be provided.

We **GRANT** appellant's October 9, 2012 third motion to supplement the clerk's record as follows:

We **ORDER** the trial court to conduct a hearing to determine what documents were filed in the original case; what documents have already been included in the record on appeal; what

documents are missing from the clerk's record; and whether the record can be supplemented with the missing material.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

_____
CAROLYN WRIGHT
CHIEF JUSTICE